FILED
2025 Jul-17 PM 06:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOEL A. RIVERA, *et al.*,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | |
| | ) | **2:24-cv-01802-NAD** |
| **TRIAD PROPERTIES CORPORATION, JOSEPH MARION MOSELEY, an Individual, HUGH FULLER MCCLENDON, an Individual, and JOHN KENDALL, an Individual, JACK FITE, an Individual and FITE BUILDING COMPANY , INC** | ) | **(Removed from the Circuit Court of Shelby County, Alabama, Case No. CV-2024-901254)** |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR SUBSTITUTION OF COUNSEL AND FOR THE EXTENSION OF RESPONSE DEADLINE**

**COME NOW,** the Plaintiffs, by and through the undersigned counsel, and respectfully submit this Motion for Substitution of Counsel and for the Extension of Response Deadline. In support thereof the Plaintiffs show as follows:

1. That on or about July 10, 2025, Burril Watkins LLC (hereinafter known as “the Firm”) was notified by a third party of numerous developments in the case that were never fully disclosed to the staff of the Firm. These developments include the following: (1) the allegations that prior counsel filed documents relying on citations to nonexistent case law, potentially created using artificial intelligence, (2) the *ex parte* communication that took place on the morning of May 3, 2025, (3) that the foregoing resulted in a Show Cause Hearing that took place on June 18, 2025, (4) the Defendants’

Motions for Sanctions filed on July 9, 2025, (5) the Defendants' Attorneys' Fees, and numerous other errors throughout the case.

2. That after being informed of the above-mentioned facts on July 13, 2025, the Plaintiffs instructed the Firm that they no longer wanted Joshua Watkins to represent them and wanted another attorney at the firm to do so going forward.
3. That on July 14, 2025, Joshua Watkins was removed as a partner and attorney and is no longer associated with the law firm of Burrill Watkins LLC.
4. That Attorney Hannah Eckel, being admitted to the United States Federal Court for the Northern District of Alabama on July 16, 2025, is able and willing to replace Attorney Watkins as the counsel of record.
5. That Attorney William Delahay, newly hired as a litigator at the Firm, is in the process of seeking admission to this Court and will join Attorney Eckel in representing the Plaintiff once admitted.
6. That as stated above, the current staff of the Firm as well as the Client were not informed of the true status of the case until July 10, 2025, and the current staff of the Firm are still in the process of familiarizing themselves with the realities and intricacies of this case.
7. That it is in the interest of justice and fairness to grant an extension of the deadline to respond to the Defendants' most recent filings as the Plaintiffs should not be prejudiced as the result of circumstances outside of their control.

**WHEREFORE PREMISES CONSIDERED,** the Plaintiffs respectfully ask the Court for the following relief:

A. That Joshua Watkins be removed as counsel of record

B. That Hannah Eckel be added as counsel for the Plaintiff.

C. That the Court grant the Plaintiff an extension on the deadline to file responses to the Defendants' most recent Motions.

Respectfully Submitted,

/s/ Hannah Eckel
Hannah Eckel
Attorney for Plaintiff

Burrill Watkins LLC
1000 Eagle Point Corporate Drive, Suite 3
Birmingham, Alabama 35242
Telephone: 205-701-5536
Email: hannah.roberts@burrillwatkins.com

**SERVICE OF PROCESS**

I hereby certify that on the date of filing a true and correct copy of the foregoing has been furnished either through the Court's electronic filing or by U.S. Mail, postage prepaid, upon the following parties and other relevant individuals, unless such service is waived:

Steve E. Whitehead, Esq.
Sarah G. Redmond, Esq.
Margaret J. Waldrop, Esq.
LLOYD, GRAY, WHITEHEAD & MONROE, P.C.
880 Montclair Road, Suite 100
Birmingham, Alabama 35213
*Attorneys for Defendants TRIAD PROPERTIES CORPORATION, JOSEPH MARION MOSELEY, HUGH FULLER MCCLENDON, and JOHN KENDALL*

Kevin R. Garrison, Esq.
Katelyn K. Dodd, Esq.
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
1901 Sixth Ave N., Ste. 2600
Birmingham, AL 35203
*ATTORNEYS FOR DEFENDANTS JACK FITE AND FITE BUILDING COMPANY, INC.*

/s/ Hannah Eckel
Hannah Eckel