FILED

2026 Mar-31  PM 01:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOEL A. RIVERA,** *individually and, in the alternative,* **MI PUEBLO SUPERMARKET, LLC,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No.: 2:24-cv-01802-AMM** |
| **TRIAD PROPERTIES CORPORATION,** *et al.,* | ) ) ) ) | |
| **Defendants.** | ) | |

## ORDER

As the court explained in the sanctions order entered contemporaneously herewith, this case is **STAYED** for ninety days to allow the plaintiffs the opportunity to obtain replacement counsel. Before the expiration of those ninety days, replacement counsel shall appear on behalf of the plaintiffs, or Mr. Rivera shall elect to proceed *pro se* and shall provide the Clerk of Court his contact information. Mr. Rivera is advised that corporate entities may not proceed *pro se*. *See Palazzo v. Gulf Oil Corp.,* 764 F.2d 1381, 1385 (11th Cir. 1985) (explaining the "well established [rule] that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel").

**DONE** and **ORDERED** this 31st day of March, 2026.

ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE